Jingfeng Song
SCINOVA IP & REGULATORY CONSULTING LLC
840 S Northwest Hwy Suite 204
Barrington, IL 60010
Telephone: (224) 715 - 2629
Facsimile: (847) 906-8586

Zheng "Andy" Liu
Law Offices of Andrew Quan
4700 Miller Dr. Suite D3
Temple City, CA 91780
Telephone: (510) 900 - 9501
Facsimile: (510) 900 - 9502

*Attorneys for Plaintiff*
*New Deco Arts & Crafts Co., LTD*

**FILED**
CLERK, U.S. DISTRICT COURT

9/30/19

**CENTRAL DISTRICT OF CALIFORNIA**
BY:          TD          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW DECO ARTS & CRAFTS CO., LTD, | Case No.: 8:19-cv-1508 |
| Plaintiff, | **[PROPOSED] DEFAULT JUDGMENT FOR SUM CERTAIN BY CLERK** |
| v. | |
| STYLE HOUSE, INC., a California Corporation; HEIDI J. CRAWFORD, an individual; and MICHAEL DEAN CRAWFORD, an individual, | |
| Defendants. | |

## [PROPOSED] DEFAULT JUDGMENT FOR SUM CERTAIN
## BY CLERK

Defendants, Style House, Inc. and Michael Dean Crawford, were served with the complaint and summons in this action on August 15, 2019 and the time for Defendants to appear, answer or move against the complaint has expired without an appearance by Defendants.

As detailed in documents filed in this action, the total amount that Defendants should pay in full to Plaintiff is $1,252,749.17.  Defendants paid to Plaintiff $17933.9 first and a combined amount of $305,000 later.  The amount Defendants still owe to Plaintiff is calculated as below:

Amount owed = $1,252,749.17 - $17,933.9 - $305,000 = $929,815.27

Accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Rule 55-1 of Untied States District Court Central District of California, it is hereby ORDERED AND ADJUDGED that Plaintiff, New Deco Arts & Crafts Co., Ltd, recovers from Defendants the sum of $929,815.27, and that Plaintiff has execution therefore.

Dated:   _September 30, 2019_

Clerk, U.S. District Court

[PROPOSED] DEFAULT JUDGMENT FOR SUM CERTAIN BY CLERK